IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERRAL STUART                                                                                  PLAINTIFF

v.                                     Civil No. 4:17-cv-04107

SERGEANT SANDERS, Miller
County Detention Center (MCDC);
CORPORAL SMITH, MCDC;
OFFICER GUTHRIE, MCDC; and
OFFICER WHITESIDE, MCDC                                                              DEFENDANTS

## ORDER

Plaintiff Gerral Stuart filed this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis* on November 30, 2017. (ECF No. 1). Before the Court is Plaintiff's Motion to Supplement Complaint. (ECF No. 10).

Plaintiff seeks to add additional defendants in this action. Plaintiff's Motion to Supplement Complaint (ECF No. 10) is **GRANTED**. The Clerk is **DIRECTED** to file Plaintiff's Supplement to his Complaint.

The Clerk is also **DIRECTED** to add the following individuals as defendants in this lawsuit: Corporal Brown, Lieutenant Miller, Captain Adams, and Corporal Henderson. Each individual is employed by the Miller County Detention Center.

**IT IS SO ORDERED this 11th day of January 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE